**Fill in this information to identify your case:**

| Debtor 1 | **Steven Paul Nickolas** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF ARIZONA | | |
| Case number (if known) | 2:18-bk-09406-PS | | |

■ Check if this is an amended filing

# Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy
4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**

   ■ Married
   ☐ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**

   ■ No
   ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

   | Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
   |---|---|---|---|

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

   ☐ No
   ■ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2 Explain the Sources of Your Income

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☐ No
   ■ Yes. Fill in the details.

   | | Debtor 1 | | Debtor 2 | |
   |---|---|---|---|---|
   | | Sources of income Check all that apply. | Gross income (before deductions and exclusions) | Sources of income Check all that apply. | Gross income (before deductions and exclusions) |
   | From January 1 of current year until the date you filed for bankruptcy: | ■ Wages, commissions, bonuses, tips | $0.00 | ☐ Wages, commissions, bonuses, tips | |
   | | ☐ Operating a business | | ☐ Operating a business | |

Official Form 107          Statement of Financial Affairs for Individuals Filing for Bankruptcy          page 1

| Debtor 1 | | Debtor 2 | |
|---|---|---|---|
| **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |

**For last calendar year:** (January 1 to December 31, 2017 )

| | | | |
|---|---|---|---|
| ■ Wages, commissions, bonuses, tips | $56,250.43 | ☐ Wages, commissions, bonuses, tips | |
| ☐ Operating a business | | ☐ Operating a business | |

**For the calendar year before that:** (January 1 to December 31, 2016 )

| | | | |
|---|---|---|---|
| ■ Wages, commissions, bonuses, tips | $180,000.00 | ☐ Wages, commissions, bonuses, tips | |
| ☐ Operating a business | | ☐ Operating a business | |

5. **Did you receive any other income during this year or the two previous calendar years?**
   Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately. Do not include income that you listed in line 4.

   ☐ No
   ■ Yes. Fill in the details.

| Debtor 1 | | Debtor 2 | |
|---|---|---|---|
| **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions) | **Sources of income** Describe below. | **Gross income** (before deductions and exclusions) |

**From January 1 of current year until the date you filed for bankruptcy:**

| | | | |
|---|---|---|---|
| Proceeds from Sale of Securities | $543,179.20 | | |

## Part 3:  List Certain Payments You Made Before You Filed for Bankruptcy

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

   ☐ **No.**  **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?

   ☐ No.  Go to line 7.
   ☐ Yes  List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
   * Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

   ■ **Yes.**  **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

   ☐ No.  Go to line 7.
   ■ Yes  List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| Davis Miles McGuire Gardner, PLLC<br>40 E. Rio Salado Parkway, Suite 425<br>Tempe, AZ 85281 | 6/20/18, 7/27/18 | $18,664.14 | $0.00 | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>■ Other  Legal services |

7. Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?
   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

   ■ No
   ☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8. Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?
   Include payments on debts guaranteed or cosigned by an insider.

   ■ No
   ☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|

### Part 4:   Identify Legal Actions, Repossessions, and Foreclosures

9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☐ No
   ■ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Steven Nicholas vs. The Alkaline Water Company, Inc.. et al.<br>CV2017-053064 | Enforce Settlement | Maricopa County Superior Court<br>201 W. Jefferson<br>Phoenix, AZ 85003-2243 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| Steven Nickolas vs. The Alkaline Water Company, Inc.<br>CV2018-007573 | Civil | Maricopa County Superior Court<br>201 W. Jefferson<br>Phoenix, AZ 85003-2243 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| Sonoran Hills Comm'y Homeowners Ass'n v. Steven P. Nickolas, et al<br>CV2017-094845 | Collection | Maricopa County Superior Court<br>222 E. Javalina Avenue, Suite 1650<br>Mesa, AZ 85210 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Steven Nickolas v. Richard Wright, et al<br>CV2017-005488 | Civil | Maricopa County Superior Court<br>201 W. Jefferson<br>Phoenix, AZ 85003-2243 | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>Stipulation for dismissal |

10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied? Check all that apply and fill in the details below.

☐ No. Go to line 11.
■ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| Internal Revenue Service<br>Bankruptcy and Collection Enforcement<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Offset of 2016 Federal Income Tax Refunds towards 2008 liability<br><br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>■ Property was attached, seized or levied. | September 11, 2017 | $7,369.00 |

11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?
■ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?
■ No
☐ Yes

---

**Part 5:    List Certain Gifts and Contributions**

13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?
■ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?
■ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

Case 2:18-bk-09406-PS    Doc 53    Filed 09/20/18    Entered 09/20/18 16:20:46    Desc
Main Document        Page 4 of 10

## Part 6:    List Certain Losses

15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?

■ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of Schedule A/B: Property. | Date of your loss | Value of property lost |
|---|---|---|---|

## Part 7:    List Certain Payments or Transfers

16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
■ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Joseph Cotterman, Esq.<br>Gallagher & Kennedy<br>2575 E. Camelback Road<br>Phoenix, AZ | Attorneys' Fees | | $25,000.00 |
| Davis Miles McGuire Gardner, PLLC<br>40 E. Rio Salado Parkway, Suite 425<br>Tempe, AZ 85281<br>azbankruptcy@davismiles.com | Attorneys' Fees | 9/10/18 | $15,000.00 |

17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?
Do not include any payment or transfer that you listed on line 16.

☐ No
■ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Davis Blase & Holder<br>11111 N. Scottsdale Road, Suite 225<br>Scottsdale, AZ 85254 | $14,142.61 | 9/5/2017 to 7/5/2018 | $14,142.61 |
| Thomas Horne, Esq.<br>Horne Slaton, PLLC<br>6720 N. Scottsdale Road, Suite 285<br>Scottsdale, AZ 85253 | $5,000 check | 9/6/2018 | $5,000.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Case 2:18-bk-09406-PS    Doc 53    Filed 09/20/18    Entered 09/20/18 16:20:46    Desc
Main Document    Page 5 of 10

18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

■ No
☐ Yes. Fill in the details.

| Person Who Received Transfer Address | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Person's relationship to you | | | |

19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary? (These are often called asset-protection devices.)
☐ No
■ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|
| Steven P. Nickolas Family Trust | Single Family Residence - $1,000,000.00<br>Interests in various business entities - $1,000,000.00 | May 6, 2006 |

## Part 8:    List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?

■ No
☐ Yes. Fill in the details.

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

## Part 9:    Identify Property You Hold or Control for Someone Else

23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.

■ No
☐ Yes. Fill in the details.

| Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

Case 2:18-bk-09406-PS    Doc 53    Filed 09/20/18    Entered 09/20/18 16:20:46    Desc
Main Document        Page 6 of 10

## Part 10:  Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

- ■ No
- ☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

25. Have you notified any governmental unit of any release of hazardous material?

- ■ No
- ☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

- ■ No
- ☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|

## Part 11:  Give Details About Your Business or Connections to Any Business

27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

- ☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

- ■ A member of a limited liability company (LLC) or limited liability partnership (LLP)

- ☐ A partner in a partnership

- ■ An officer, director, or managing executive of a corporation

- ■ An owner of at least 5% of the voting or equity securities of a corporation

- ☐ No. None of the above applies.  Go to Part 12.

- ■ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| The Alkaline Water Company, Inc.<br>14646 N. Rierland Blvd., Suite 255<br>Scottsdale, AZ 85254 | Manufacture of Bottled Water<br><br>David Guarino | EIN:    99-0367049<br><br>From-To   2013 to current date |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Business Name Address (Number, Street, City, State and ZIP Code) | Describe the nature of the business Name of accountant or bookkeeper | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|
| Beverage Images, Inc. 14301 N. 87th Street, Suite 301 Scottsdale, AZ 85260 | Manufacture of Bottled Water | EIN:  36-4617496 From-To  June 2007 to current date |
| Water Engineering Solutions, LLC 7720 E. Redfield Road, Suite 1 Scottsdale, AZ 85260 | | EIN:  45-5530787 From-To  June 2012 to August 2017 |
| Silver Sky Capital, Ltd. 14301 N. 87th Street, Suite 301 Scottsdale, AZ 85260 | Manufacture and Marketing of Nutritional Food and Water | EIN:  27-1952356 From-To  February 2010 to current date |
| Enhanced Beverages, LLC 14301 N. 87th Street, Suite 301 Scottsdale, AZ 85260 | Beverage Science | EIN:  90-0120826 From-To  September 2003 to current date |
| XND Technologies, Inc. 14301 N. 87th Street, Suite 301 Scottsdale, AZ 85260 | Manufacture and Sale of Functional Water | EIN:  20-4319945 From-To  February 2006 to December 2017 |
| Raintree Media Group, Inc. 14301 N. 87th Street, Suite 301 Scottsdale, AZ 85260 | Media & Entertainment | EIN:  82-2194915 From-To  July 2007 to current date |
| The Healthy Food Project, Inc. 14301 N. 87th Street, Suite 301 Scottsdale, AZ 85260 | Non-Profit | EIN:  27-3387208 From-To  August 2010 to current date |
| Water Enhanced Technologies, Inc. 14301 N. 87th Street, Suite 301 Scottsdale, AZ 85260 | Sales and Investments | EIN:  45-4652346 From-To  April 2012 to December 2017 |
| Win Investments, LLC 14301 N. 87th Street, Suite 301 Scottsdale, AZ 85260 | Investments | EIN:  99-0367049 From-To  March 2012 to December 2017 |
| Americans for Responsible Leadership 14301 N. 87th St., Suite 301 Scottsdale, AZ 85260 | Nonprofit issue advocacy | EIN:  45-2841608 From-To  7/2011 to current date |
| Alkaline 88, LLC 14646 N. Kierland Blvd., Suite 255 Scottsdale, AZ 85254 | Enhanced water product production and marketing | EIN:  45-5522617 From-To  6/2012 to 11/2017 |
| Countered Media, Inc. 14301 N. 87th St., Suite 301 Scottsdale, AZ 85260 | Media and entertainment | EIN:  81-4679525 From-To  12/2015 to current date |
| Gen2 International, LLC 14301 N. 87th St., Suite 301 Scottsdale, AZ 85260 | Bottled water manufacturing and distribution | EIN: From-To  11/2005 to current date (inactive since 2006) |

Case 2:18-bk-09406-PS   Doc 53   Filed 09/20/18   Entered 09/20/18 16:20:46   Desc
Main Document    Page 8 of 10

| Business Name Address (Number, Street, City, State and ZIP Code) | Describe the nature of the business Name of accountant or bookkeeper | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|
| Greenbridge H20, LLC 14301 N. 87th St., Suite 301 Scottsdale, AZ 85260 | Enhanced water production | EIN: From-To  8/2011 to current date (inactive since 2012) |
| Holistic Pet Care, LLC 14301 N. 87th St., Suite 301 Scottsdale, AZ 85260 | Pet care product development | EIN: From-To  10/2013 to current date (inactive since 2014) |
| Lifewater Industries, LLC 14646 N. Kierland Blvd., Suite 255 Scottsdale, AZ 85254 | Enhanced water development and marketing | EIN:  45-5538594 From-To  6/2012 to 11/2017 |
| Protasia, LLC 14301 N. 87th St., Suite 301 Scottsdale, AZ 85260 | Pet care product sales and marketing | EIN: From-To  2/2014 to current date (inactive since 2015) |
| Shur Beverages, LLC 14301 N. 87th St., Suite 301 Scottsdale, AZ 85260 | Enhanced water development | EIN:  43-3192735 From-To  9/2011 to current date (inactive since 2012) |
| The Logan Agency, LLC 14301 N. 87th St., Suite 301 Scottsdale, AZ 85260 | Public relations and media consulting | EIN: From-To  3/2015 to current date (inactive since 2016) |
| Veio Water, LLC 14301 N. 87th St., Suite 301 Scottsdale, AZ 85260 | Enhanced water development | EIN:  45-5025085 From-To  4/2012 to current date (inactive since 4/2014) |
| Vitality Health Products Int'l, LLC 14301 N. 87th St., Suite 301 Scottsdale, AZ 85260 | | EIN: From-To  4/2002 to current date (inactive since 2003) |
| Voda Technologies, Inc. 14301 N. 87th St., Suite 301 Scottsdale, AZ 85260 | Water technology development | EIN:  46-1981075 From-To  2/2013 to current date (inactive since 7/2015) |

28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

■ No
☐ Yes. Fill in the details below.

| Name Address (Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| | |

Case 2:18-bk-09406-PS    Doc 53    Filed 09/20/18    Entered 09/20/18 16:20:46    Desc
                          Main Document          Page 9 of 10

**Part 12:**  Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ Steven Paul Nickolas

Steven Paul Nickolas                                     Signature of Debtor 2
Signature of Debtor 1

Date   September 20, 2018                                 Date

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?
■ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?
■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy