# Davis Miles
## McGuire Gardner

40 E. Rio Salado Pkwy., Suite 425
Tempe, AZ 85281
Telephone: (480) 733-6800
Fax: (480) 733-3748
efile.dockets@davismiles.com

Pernell W. McGuire – SBN 015909
M. Preston Gardner – SBN 029868
*Attorneys for Debtor*

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| In re: | In Chapter 11 Proceedings |
|---|---|
| STEVEN PAUL NICKOLAS, | Case No.: 2:18-bk-09406-PS |
| Debtor. | **MOTION TO REINSTATE CHAPTER 11 BANKRUPTCY CASE** |

Steven Paul Nickolas (the "Debtor"), by and through counsel undersigned, hereby moves to reinstate this Chapter 11 case. The case was dismissed for failure to file Debtor's Credit Counseling Certificate and Declaration of Evidence of Employer's Payments. However, Debtor has now filed his Credit Counseling Certificate and Declaration of Evidence of Employer's Payments, and there are no other outstanding documents. Thus, there is "cause" to reinstate this case because all issues have now been remedied. Additionally, the Debtor requests that the automatic stay be reinstated.

Wherefore, Debtor respectfully requests that the Court reinstate this Chapter 11 case and for such further relief as is just.

1

RESPECTFULLY SUBMITTED this 24th day of September, 2018.

                                          **DAVIS MILES MCGUIRE GARDNER, PLLC**

                                          */s/ M. Preston Gardner*
                                          Pernell W. McGuire
                                          M. Preston Gardner
                                          *Attorneys for Debtor*

A copy of the foregoing mailed
this 24th day of September, 2018, to:

Christopher J. Pattock
Office of the U.S. Trustee
230 N. First Ave., #204
Phoenix, AZ 85003-1706

*/s/ Joan Stoner*
Joan Stoner