Official Form 426

# Periodic Report Regarding Value, Operations, and Profitability of Entities in Which the Debtor's Estate Holds a Substantial or Controlling Interest

12/17

This is the *Periodic Report* as of <u>October 31, 2018</u> on the value, operations, and profitability of those entities in which a Debtor holds, or two or more Debtors collectively hold, a substantial or controlling interest (a "Controlled Non-Debtor Entity"), as required by Bankruptcy Rule 2015.3. For purposes of this form, "Debtor" shall include the estate of such Debtor.

Steven P. Nickolas holds a substantial or controlling interest in the following entities:

| Name of Controlled Non-Debtor Entity | Interest of the Debtor | Tab # |
|---|---|---|
| Raintree Media Group, Inc. | 40% | |
| Enhanced Beverages, LLC dba Beverage Science Laboratories | 50% | |
| Countered Media, Inc. – not operating | 50% | |
| The Healthy Food Project, Inc. – not operating | 100% | |
| Silver Sky Capital, LTD – not operating | 100% | |
| Water Engineering Solutions, LLC – not operating | 40% | |
| Beverage Images, Inc. – not operating | 100% | |
| Holistic Pet Care, LLC – not operating | 25% | |
| Lifewater Industries, LLC – not operating | 25% | |
| Protasia, LLC – not operating | 25% | |
| The Logan Agency, LLC – not operating | 33.5% | |
| Velo Water, LLC – not operating | 60% | |
| Voda Technologies, Inc. – not operating | 100% | |

This *Periodic Report* contains separate reports (*Entity Reports*) on the value, operations, and profitability of each Controlled Non-Debtor Entity.

Each *Entity Report* consists of five exhibits.

*Exhibit A* contains the most recently available: balance sheet, statement of income (*loss*), statement of cash flows, and a statement of changes in shareholders' or partners' equity (*deficit*) for the period covered by the *Entity Report*, along with summarized footnotes.

*Exhibit B* describes the Controlled Non-Debtor Entity's business operations.

*Exhibit C* describes claims between the Controlled Non-Debtor Entity and any other Controlled Non-Debtor Entity.

*Exhibit D* describes how federal, state or local taxes, and any tax attributes, refunds, or other benefits, have been allocated between or among the Controlled Non-Debtor Entity and any Debtor or any other Controlled Non-Debtor Entity and includes a copy of each tax sharing or tax allocation agreement to which the Controlled Non-Debtor Entity is a party with any other Controlled Non-Debtor Entity.

*Exhibit E* describes any payment, by the Controlled Non-Debtor Entity, of any claims, administrative expenses or professional fees that have been or could be asserted against any Debtor, or the incurrence of any obligation to make such payments, together with the reason for the entity's payment thereof or incurrence of any obligation with respect thereto.

**This Periodic Report must be signed by a representative of the trustee or debtor in possession.**

The undersigned, having reviewed the Entity Reports for each Controlled Non-Debtor Entity, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that to the best of his or her knowledge, (i) this Periodic Report and the attached Entity Reports are complete, accurate, and truthful to the best of his or her knowledge, and (ii) the Debtor did not cause the creation of any entity with actual deliberate intent to evade the requirements of Bankruptcy Rule 2015.3

| For non-individual Debtors: | X | |
|---|---|---|
| | | Signature of Authorized Individual |

Printed name of Authorized Individual

Date
MM/ DD / YYYY

| For Individual Debtors: | X | | | X | |
|---|---|---|---|---|---|
| | | Signature of Debtor 1 | | | Signature of Debtor 2 |

Printed name of Debtor 1 _STEVEN NICKOLAS_                    X

Printed name of Debtor 2

Date _11/29/2018_
MM/ DD / YYYY

Date
MM/ DD / YYYY

**Exhibit A: Financial Statements for** [Name of Controlled Non-Debtor Entity]

**Exhibit A-1: Balance Sheet for [Name of Controlled Non-Debtor Entity] as of [date]**

[Provide a balance sheet dated as of the end of the most recent 3-month period of the current fiscal year and as of the end of the preceding fiscal year.

Describe the source of this information.]

Raintree Media Group, Inc.
See attached as of 10/31/18

Enhanced Beverages, LLC (dba Beverage Science Laboratories)
See attached as of 10/31/18

Countered Media, Inc. – not operating
N/A

The Healthy Food Project, Inc. – not operating
N/A

Silver Sky Capital, LTD – not operating
N/A

Water Engineering Solutions, LLC – not operating
N/A

Beverage Images, Inc. – not operating
N/A

Holistic Pet Care, LLC – not operating
N/A

Lifewater Industries, LLC – not operating
N/A

Protasia, LLC – not operating
N/A

The Logan Agency, LLC – not operating
N/A

Veio Water, LLC – not operating
N/A

Voda Technologies, Inc. – not operating
N/A

The source of this information is the Debtor.

# Raintree Media Group Inc.
# Balance Sheet
### As of October 31, 2018

|  | Oct 31, 18 |
|---|---:|
| **ASSETS** | |
| Current Assets | |
| Checking/Savings | |
| Raintree Media Group INC | 1,912.33 |
| **Total Checking/Savings** | 1,912.33 |
| Other Current Assets | |
| Security Deposit | 921.88 |
| **Total Other Current Assets** | 921.88 |
| **Total Current Assets** | 2,834.21 |
| **TOTAL ASSETS** | 2,834.21 |
| **LIABILITIES & EQUITY** | |
| Equity | |
| Owner's Capital | 164,200.00 |
| Retained Earnings | -30,701.68 |
| Net Income | -130,664.11 |
| **Total Equity** | 2,834.21 |
| **TOTAL LIABILITIES & EQUITY** | 2,834.21 |

# Raintree Media Group Inc.
## Balance Sheet
### As of September 30, 2018

|                                   | Sep 30, 18 |
|-----------------------------------|-----------:|
| **ASSETS**                        |            |
|   Current Assets        |            |
|     Checking/Savings |     |
|       Raintree Media Group INC | 10,096.93 |
|     Total Checking/Savings | 10,096.93 |
|                                   |            |
|     Other Current Assets |       |
|       Security Deposit | 921.88 |
|     Total Other Current Assets | 921.88 |
|                                   |            |
|   Total Current Assets  | 11,018.81  |
|                                   |            |
| **TOTAL ASSETS**                  | 11,018.81  |
| **LIABILITIES & EQUITY**          |            |
|   Equity                |            |
|     Owner's Capital | 158,700.00 |
|     Retained Earnings | -30,701.68 |
|     Net Income | -116,979.51 |
|   Total Equity          | 11,018.81  |
|                                   |            |
| **TOTAL LIABILITIES & EQUITY**    | 11,018.81  |

Case 2:18-bk-09406-PS    Doc 99    Filed 11/30/18    Entered 11/30/18 14:03:00    Desc
Main Document    Page 6 of 27

# Raintree Media Group Inc.
# Balance Sheet
### As of August 31, 2018

|  | Aug 31, 18 |
|---|---|
| **ASSETS** |  |
|   Current Assets |  |
|     Checking/Savings |  |
|       Raintree Media Group INC | 11,254.26 |
|     Total Checking/Savings | 11,254.26 |
|     Other Current Assets |  |
|       Security Deposit | 921.88 |
|     Total Other Current Assets | 921.88 |
|   Total Current Assets | 12,176.14 |
| **TOTAL ASSETS** | 12,176.14 |
| **LIABILITIES & EQUITY** |  |
|   Equity |  |
|     Owner's Capital | 145,700.00 |
|     Retained Earnings | -30,701.68 |
|     Net Income | -102,822.18 |
|   Total Equity | 12,176.14 |
| **TOTAL LIABILITIES & EQUITY** | 12,176.14 |

# Raintree Media Group Inc.
# Balance Sheet
### As of January 31, 2018

|  | Jan 31, 18 |
|---|---|
| **ASSETS** | |
| Current Assets | |
| Checking/Savings | |
| Raintree Media Group INC | 3,048.65 |
| **Total Checking/Savings** | 3,048.65 |
| Other Current Assets | |
| Security Deposit | 921.88 |
| **Total Other Current Assets** | 921.88 |
| **Total Current Assets** | 3,970.53 |
| **TOTAL ASSETS** | 3,970.53 |
| **LIABILITIES & EQUITY** | |
| Equity | |
| Owner's Capital | 44,700.00 |
| Retained Earnings | -30,701.68 |
| Net Income | -10,027.79 |
| **Total Equity** | 3,970.53 |
| **TOTAL LIABILITIES & EQUITY** | 3,970.53 |

# Beverage Science Laboratories
# Balance Sheet
### As of October 31, 2018

|  | Oct 31, 18 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| Operating - 8771 | 936.30 |
| **Total Checking/Savings** | 936.30 |
| | |
| **Accounts Receivable** | |
| Accounts Receivable | 85,850.00 |
| **Total Accounts Receivable** | 85,850.00 |
| | |
| **Other Current Assets** | |
| N/R-XND - Convertible | 69,500.26 |
| N/R Jayger | 1,575.65 |
| N/R Northsight - Convertible | -21,452.98 |
| N/R Steve Nickolas | 19,743.09 |
| **Total Other Current Assets** | 69,366.02 |
| | |
| **Total Current Assets** | 156,152.32 |
| | |
| **Fixed Assets** | |
| Auto Loan | 9,058.42 |
| **Total Fixed Assets** | 9,058.42 |
| | |
| **Other Assets** | |
| Impact Bev Equity Investment | 84,313.39 |
| **Total Other Assets** | 84,313.39 |
| | |
| **TOTAL ASSETS** | **249,524.13** |
| | |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| Accounts Payable | 856,375.95 |
| **Total Accounts Payable** | 856,375.95 |
| | |
| **Other Current Liabilities** | |
| Accrued Interest- Simak | 80,704.84 |
| Accrued Interest-Carter | 442,165.91 |
| N/P Beverage Images - Convertib | 169,325.00 |
| Payment on Loan | 3,600.00 |
| Short Term Loan | 1,708.19 |
| Shrot Term Loan | -25,150.00 |
| Theodore Segal | -3,500.00 |
| **Total Other Current Liabilities** | 668,853.94 |
| | |
| **Total Current Liabilities** | 1,525,229.89 |
| | |
| **Long Term Liabilities** | |
| Loan Payable-N Simack | 84,313.39 |
| Loan Payable - Carter | 240,000.00 |
| Loan Payable - Lodwig | -1,500.00 |
| **Total Long Term Liabilities** | 322,813.39 |
| | |
| **Total Liabilities** | 1,848,043.28 |
| | |
| **Equity** | |
| Retained Earnings | -2,239,698.64 |
| **Steve Nickolas** | |
| Capital Investment | -850.00 |
| Home Repairs | -13,630.80 |
| Member Capital | 2,500.00 |
| Member Contributions | 737,571.12 |
| Member Distributions | -18,334.09 |
| **Total Steve Nickolas** | 707,256.23 |

**Beverage Science Laboratories**
**Balance Sheet**
As of October 31, 2018

|  | Oct 31, 18 |
|---|---|
| Voda Investment | -100.00 |
| Net Income | -65,976.74 |
| Total Equity | -1,598,519.15 |
| TOTAL LIABILITIES & EQUITY | 249,524.13 |

# Beverage Science Laboratories
# Balance Sheet
### As of September 30, 2018

|  | Sep 30, 18 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| Operating - 8771 | 4,681.33 |
| **Total Checking/Savings** | 4,681.33 |
| **Accounts Receivable** | |
| Accounts Receivable | 85,850.00 |
| **Total Accounts Receivable** | 85,850.00 |
| **Other Current Assets** | |
| N/R-XND - Convertible | 69,500.26 |
| N/R Jayger | 1,575.65 |
| N/R Northsight - Convertible | -21,452.98 |
| N/R Steve Nickolas | 19,743.09 |
| **Total Other Current Assets** | 69,366.02 |
| **Total Current Assets** | 159,897.35 |
| **Fixed Assets** | |
| Auto Loan | 8,411.39 |
| **Total Fixed Assets** | 8,411.39 |
| **Other Assets** | |
| Impact Bev Equity Investment | 84,313.39 |
| **Total Other Assets** | 84,313.39 |
| **TOTAL ASSETS** | **252,622.13** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| Accounts Payable | 856,375.95 |
| **Total Accounts Payable** | 856,375.95 |
| **Other Current Liabilities** | |
| Accrued Interest- Simak | 80,704.84 |
| Accrued Interest-Carter | 442,165.91 |
| N/P Beverage Images - Convertib | 169,325.00 |
| Payment on Loan | 3,600.00 |
| Short Term Loan | 1,708.19 |
| Shrot Term Loan | -25,150.00 |
| Theodore Segal | -3,500.00 |
| **Total Other Current Liabilities** | 668,853.94 |
| **Total Current Liabilities** | 1,525,229.89 |
| **Long Term Liabilities** | |
| Loan Payable-N Simack | 84,313.39 |
| Loan Payable - Carter | 240,000.00 |
| Loan Payable - Lodwig | -1,500.00 |
| **Total Long Term Liabilities** | 322,813.39 |
| **Total Liabilities** | 1,848,043.28 |
| **Equity** | |
| Retained Earnings | -2,251,429.93 |
| **Steve Nickolas** | |
| Capital Investment | -850.00 |
| Member Capital | 2,500.00 |
| Member Contributions | 732,692.51 |
| Member Distributions | -17,039.14 |
| **Total Steve Nickolas** | 717,303.37 |

# Beverage Science Laboratories
## Balance Sheet
### As of September 30, 2018

|  | Sep 30, 18 |
|---|---|
| Voda Investment | -100.00 |
| Net Income | -61,194.59 |
| Total Equity | -1,595,421.15 |
| TOTAL LIABILITIES & EQUITY | 252,622.13 |

# Beverage Science Laboratories
# Balance Sheet
### As of August 31, 2018

|  | Aug 31, 18 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| Operating - 8771 | 694.27 |
| **Total Checking/Savings** | 694.27 |
| **Accounts Receivable** | |
| Accounts Receivable | 85,850.00 |
| **Total Accounts Receivable** | 85,850.00 |
| **Other Current Assets** | |
| N/R-XND - Convertible | 69,500.26 |
| N/R Jayger | 1,575.65 |
| N/R Northsight - Convertible | -21,452.98 |
| N/R Steve Nickolas | 19,743.09 |
| **Total Other Current Assets** | 69,366.02 |
| **Total Current Assets** | 155,910.29 |
| **Fixed Assets** | |
| Auto Loan | 7,764.36 |
| **Total Fixed Assets** | 7,764.36 |
| **Other Assets** | |
| Impact Bev Equity Investment | 84,313.39 |
| **Total Other Assets** | 84,313.39 |
| **TOTAL ASSETS** | 247,988.04 |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| Accounts Payable | 856,375.95 |
| **Total Accounts Payable** | 856,375.95 |
| **Other Current Liabilities** | |
| Accrued Interest- Simak | 80,704.84 |
| Accrued Interest-Carter | 442,165.91 |
| N/P Beverage Images - Convertib | 169,325.00 |
| Payment on Loan | 3,600.00 |
| Short Term Loan | 1,708.19 |
| Shrot Term Loan | -25,150.00 |
| Theodore Segal | -3,500.00 |
| **Total Other Current Liabilities** | 668,853.94 |
| **Total Current Liabilities** | 1,525,229.89 |
| **Long Term Liabilities** | |
| Loan Payable-N Simack | 84,313.39 |
| Loan Payable - Carter | 240,000.00 |
| Loan Payable - Lodwig | -1,500.00 |
| **Total Long Term Liabilities** | 322,813.39 |
| **Total Liabilities** | 1,848,043.28 |
| **Equity** | |
| Retained Earnings | -2,251,429.93 |
| **Steve Nickolas** | |
| Capital Investment | -850.00 |
| Member Capital | 2,500.00 |
| Member Contributions | 722,292.51 |
| Member Distributions | -16,282.59 |
| **Total Steve Nickolas** | 707,659.92 |

# Beverage Science Laboratories
## Balance Sheet
### As of August 31, 2018

|  | Aug 31, 18 |
| --- | --- |
| Voda Investment | -100.00 |
| Net Income | -56,185.23 |
| **Total Equity** | -1,600,055.24 |
| **TOTAL LIABILITIES & EQUITY** | 247,988.04 |

# Beverage Science Laboratories
# Balance Sheet
### As of December 31, 2017

|  | Dec 31, 17 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| Operating - 8771 | -246.70 |
| **Total Checking/Savings** | -246.70 |
| **Accounts Receivable** | |
| Accounts Receivable | 85,850.00 |
| **Total Accounts Receivable** | 85,850.00 |
| **Other Current Assets** | |
| N/R-XND - Convertible | 69,500.26 |
| N/R Jayger | 1,575.65 |
| N/R Northsight - Convertible | -21,452.98 |
| N/R Steve Nickolas | 19,743.09 |
| **Total Other Current Assets** | 69,366.02 |
| **Total Current Assets** | 154,969.32 |
| **Fixed Assets** | |
| Auto Loan | 2,588.12 |
| **Total Fixed Assets** | 2,588.12 |
| **Other Assets** | |
| Impact Bev Equity Investment | 84,313.39 |
| **Total Other Assets** | 84,313.39 |
| **TOTAL ASSETS** | **241,870.83** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| Accounts Payable | 856,375.95 |
| **Total Accounts Payable** | 856,375.95 |
| **Other Current Liabilities** | |
| Accrued Interest- Simak | 80,704.84 |
| Accrued Interest-Carter | 442,165.91 |
| N/P Beverage Images - Convertib | 169,325.00 |
| Payment on Loan | 3,600.00 |
| Short Term Loan | 1,758.19 |
| Shrot Term Loan | -25,150.00 |
| Theodore Segal | -3,500.00 |
| **Total Other Current Liabilities** | 668,903.94 |
| **Total Current Liabilities** | 1,525,279.89 |
| **Long Term Liabilities** | |
| Loan Payable-N Simack | 84,313.39 |
| Loan Payable - Carter | 240,000.00 |
| Loan Payable - Lodwig | -1,500.00 |
| **Total Long Term Liabilities** | 322,813.39 |
| **Total Liabilities** | 1,848,093.28 |
| **Equity** | |
| Retained Earnings | -2,181,930.73 |
| **Steve Nickolas** | |
| Capital Investment | -850.00 |
| Member Capital | 3,000.00 |
| Member Contributions | 595,392.51 |
| Member Distributions | 4,418.97 |
| **Total Steve Nickolas** | 601,961.48 |

# Beverage Science Laboratories
## Balance Sheet
### As of December 31, 2017

|  | Dec 31, 17 |
| --- | --- |
| Voda Investment | -100.00 |
| Net Income | -26,153.20 |
| **Total Equity** | -1,606,222.45 |
| **TOTAL LIABILITIES & EQUITY** | 241,870.83 |

Case 2:18-bk-09406-PS    Doc 99    Filed 11/30/18    Entered 11/30/18 14:03:00    Desc
Main Document    Page 16 of 27

Exhibit A-2: Statement of Income (*Loss*) for [Name of Controlled Non-Debtor Entity] for period ending [date]

[Provide a statement of income (loss) for the following periods:

(i) For the initial report:
   a. the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

   b. the prior fiscal year.

(ii) For subsequent reports, since the closing date of the last report.

Describe the source of this information.]

Raintree Media Group, Inc.
See attached as of 10/31/18

Enhanced Beverages, LLC (dba Beverage Science Laboratories)
See attached as of 10/31/18

Countered Media, Inc. – not operating
N/A

The Healthy Food Project, Inc. – not operating
N/A

Silver Sky Capital, LTD – not operating
N/A

Water Engineering Solutions, LLC – not operating
N/A

Beverage Images, Inc. – not operating
N/A

Holistic Pet Care, LLC – not operating
N/A

Lifewater Industries, LLC – not operating
N/A

Protasia, LLC – not operating
N/A

The Logan Agency, LLC – not operating
N/A

Veio Water, LLC – not operating
N/A

Voda Technologies, Inc. – not operating
N/A

The source of this information is the Debtor.

# Raintree Media Group Inc.
## Profit & Loss
### January through October 2018

| | Jan 18 | Feb 18 | Mar 18 | Apr 18 | May 18 | Jun 18 | Jul 18 | Aug 18 | Sep 18 | Oct 18 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | | | | | | | | |
| **Income** | | | | | | | | | | | |
| Sales | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 287.01 | 0.00 | 0.00 | 287.01 |
| **Total Income** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 287.01 | 0.00 | 0.00 | 287.01 |
| **Expense** | | | | | | | | | | | |
| Contribution | 0.00 | 0.00 | 0.00 | 2,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,500.00 |
| Business Licenses and Fees | 0.00 | 0.00 | 81.60 | 0.00 | 0.00 | 0.00 | 0.00 | 63.00 | 0.00 | 0.00 | 144.60 |
| Legal Fees | 0.00 | 750.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 750.00 |
| Office Expenses | 0.00 | 0.00 | 42.46 | 0.00 | 31.06 | 0.00 | 44.12 | 0.00 | 0.00 | 0.00 | 117.64 |
| **Advertising and Promotion** | | | | | | | | | | | |
| Advertising/Promo | 35.00 | 0.00 | 0.00 | 0.00 | 35.00 | 0.00 | 0.00 | 0.00 | 720.00 | 874.20 | 1,664.20 |
| Web Site | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 147.57 | 0.00 | 167.22 | 18.34 | 0.00 | 333.13 |
| **Total Advertising and Promotion** | 35.00 | 0.00 | 0.00 | 0.00 | 35.00 | 147.57 | 0.00 | 167.22 | 738.34 | 874.20 | 1,997.33 |
| **Automobile Expense** | | | | | | | | | | | |
| Parking | 0.00 | 0.00 | 22.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.25 | 4.50 | 27.75 |
| Mileage Reimbursement | 0.00 | 49.20 | 71.50 | 277.00 | 94.50 | 200.30 | 177.50 | 222.00 | 209.00 | 95.50 | 1,396.50 |
| Repairs/Maintenance | 0.00 | 7.00 | 7.00 | 0.00 | 0.00 | 0.00 | 0.00 | 32.99 | 0.00 | 0.00 | 46.99 |
| Fuel | 79.22 | 187.35 | 169.80 | 277.41 | 313.41 | 131.30 | 92.41 | 180.68 | 45.71 | 99.37 | 1,576.92 |
| Automobile Expense - Other | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.00 | 4.00 |
| **Total Automobile Expense** | 79.22 | 243.55 | 270.36 | 554.41 | 407.91 | 331.60 | 269.91 | 435.67 | 255.96 | 203.37 | 3,052.16 |
| Bank Service Charge | 7.00 | 14.00 | 24.00 | 18.00 | 91.00 | 16.00 | 19.00 | 23.00 | 21.00 | 20.87 | 252.87 |
| **Computer and Internet Expenses** | | | | | | | | | | | |
| Software | 0.00 | 0.00 | 149.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 149.00 |
| General Computer/Internet | 336.55 | 0.00 | 0.00 | 453.96 | 190.78 | 0.00 | 351.56 | 0.00 | 351.56 | 174.80 | 1,859.21 |
| **Total Computer and Internet Expenses** | 336.55 | 0.00 | 149.00 | 453.96 | 190.78 | 0.00 | 351.56 | 0.00 | 351.56 | 174.80 | 2,008.21 |
| **Consulting Service** | | | | | | | | | | | |
| General Consulting | 0.00 | 0.00 | 2,923.00 | 0.00 | 1,215.00 | 1,260.00 | 877.50 | 1,220.00 | 1,875.00 | 1,000.00 | 10,370.50 |
| Accounting Services | 200.00 | 125.00 | 0.00 | 200.00 | 100.00 | 100.00 | 0.00 | 100.00 | 100.00 | 100.00 | 1,025.00 |
| Shanel Mitchell | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 25,000.00 |
| Theodore Segal | 1,750.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 24,250.00 |
| **Total Consulting Service** | 4,450.00 | 5,125.00 | 7,923.00 | 5,200.00 | 6,315.00 | 6,360.00 | 5,877.50 | 6,320.00 | 6,975.00 | 6,100.00 | 60,645.50 |
| Dues and Subscriptions | 23.86 | 11.68 | 0.00 | 14.02 | 74.90 | 14.02 | 0.00 | 0.00 | 14.02 | 29.00 | 181.68 |
| **Insurance Expense** | | | | | | | | | | | |
| Office General Liability | 0.00 | 0.00 | 141.50 | 0.00 | 0.00 | 141.50 | 0.00 | 0.00 | 141.50 | 0.00 | 424.50 |
| Studio General Liability | 71.67 | 71.67 | 71.67 | 71.67 | 71.67 | 71.67 | 71.67 | 155.67 | 78.74 | 78.66 | 814.76 |
| **Total Insurance Expense** | 71.67 | 71.67 | 213.17 | 71.67 | 71.67 | 213.17 | 71.67 | 155.67 | 220.24 | 78.66 | 1,239.26 |
| Meals and Entertainment | 169.46 | 231.09 | 96.45 | 83.33 | 106.25 | 116.53 | 506.25 | 112.79 | 151.34 | 192.49 | 1,765.95 |
| Medical | 0.00 | 45.34 | 111.73 | 0.00 | 163.54 | 94.79 | 3.14 | 111.86 | 59.49 | 83.64 | 673.55 |
| Office Equipment | 0.00 | 0.00 | 0.00 | 14.60 | 0.00 | 0.00 | 160.53 | 496.47 | 39.69 | 0.00 | 711.29 |
| Office Supplies | 500.44 | 169.45 | 615.61 | 5.39 | 166.96 | 1,501.69 | 92.57 | 150.01 | 298.55 | 353.89 | 3,874.46 |
| Postage and Delivery | 104.24 | 0.00 | 65.01 | 30.00 | 30.00 | 12.82 | 30.00 | 0.00 | 6.70 | 17.14 | 355.01 |
| Professional Fees | 0.00 | 0.00 | 0.00 | 750.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 750.00 |
| **Rent Expense** | | | | | | | | | | | |
| Studio | 931.69 | 931.69 | 931.69 | 931.69 | 931.69 | 1,654.27 | 1,669.80 | 1,669.80 | 1,669.80 | 1,681.80 | 13,003.92 |
| Office Rent | 2,823.66 | 2,986.69 | 2,854.79 | 2,912.72 | 2,787.50 | 2,787.50 | 2,863.16 | 2,863.16 | 2,950.08 | 2,950.08 | 28,779.34 |
| **Total Rent Expense** | 3,755.35 | 3,918.38 | 3,786.48 | 3,844.41 | 3,719.19 | 4,441.77 | 4,532.96 | 4,532.96 | 4,619.88 | 4,631.88 | 41,783.26 |
| Repairs and Maintenance | 0.00 | 0.00 | 0.00 | 0.00 | 310.00 | 0.00 | 0.00 | 0.00 | 0.00 | 290.53 | 600.53 |
| Studio Equipment | 113.14 | 761.57 | 245.50 | 0.00 | 107.92 | 0.00 | 0.00 | 0.00 | 0.00 | 39.95 | 1,268.14 |
| Studio Expense | 114.45 | 59.94 | 132.66 | 21.56 | 21.56 | 21.56 | 21.56 | 21.56 | 21.56 | 21.50 | 457.13 |
| **Telephone Expense** | | | | | | | | | | | |
| Office | 27.19 | 27.19 | 0.00 | 27.19 | 27.19 | 27.19 | 27.19 | 27.19 | 0.00 | 27.19 | 217.52 |
| Cell Phone | 0.00 | 147.72 | 174.91 | 310.00 | 0.00 | 148.85 | 177.94 | 153.69 | 27.10 | 153.69 | 1,293.90 |
| Cell Phone Reimbursement | 0.00 | 60.00 | 60.00 | 60.00 | 60.00 | 60.00 | 30.00 | 60.00 | 60.00 | 60.00 | 510.00 |
| **Total Telephone Expense** | 27.19 | 234.91 | 234.91 | 397.19 | 87.19 | 236.04 | 235.13 | 240.88 | 87.10 | 240.88 | 2,021.51 |
| Travel Expense | 0.00 | 0.00 | 16.96 | 270.54 | 0.00 | 333.00 | 641.41 | 17.96 | 0.00 | 0.00 | 1,481.01 |
| Utilities | 180.22 | 166.65 | 69.56 | 180.84 | 197.53 | 274.13 | 283.17 | 327.33 | 290.79 | 250.72 | 2,334.63 |
| **Total Expense** | 10,027.70 | 11,824.31 | 14,079.96 | 14,409.91 | 12,136.48 | 14,113.61 | 13,340.50 | 13,176.93 | 14,157.33 | 13,609.60 | 130,878.12 |
| **Net Ordinary Income** | -10,027.70 | -11,824.31 | -14,079.96 | -14,409.91 | -12,136.48 | -14,113.61 | -13,340.50 | -12,889.92 | -14,157.33 | -13,609.60 | -130,589.11 |
| **Other Income/Expense** | | | | | | | | | | | |
| **Other Expense** | | | | | | | | | | | |
| Ask My Accountant | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 75.00 | 75.00 |
| **Total Other Expense** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 75.00 | 75.00 |
| **Net Other Income** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -75.00 | -75.00 |
| **Net Income** | -10,027.70 | -11,824.31 | -14,079.96 | -14,409.91 | -12,136.48 | -14,113.61 | -13,340.50 | -12,889.92 | -14,157.33 | -13,684.60 | -130,664.11 |

Case 2:18-bk-09406-PS    Doc 99    Filed 11/30/18    Entered 11/30/18 14:03:00    Desc
Main Document    Page 18 of 27

# Raintree Media Group Inc.
## Profit & Loss
### January through December 2017

| | Jan 17 | Feb 17 | Mar 17 | Apr 17 | May 17 | Jun 17 | Jul 17 | Aug 17 | Sep 17 | Oct 17 | Nov 17 | Dec 17 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | | | | | | | | | | |
| **Expense** | | | | | | | | | | | | | |
| Office Furniture | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 120.36 | 0.00 | 0.00 | 0.00 | 120.36 |
| Accounting Services | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 150.00 | 0.00 | 150.00 |
| **Advertising and Promotion** | | | | | | | | | | | | | |
| Advertising/Promo | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100.91 | 0.00 | 0.00 | 0.00 | 100.91 |
| Web Site | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 65.02 | 50.16 | 0.00 | 0.00 | 0.00 | 115.18 |
| **Total Advertising and Promotion** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 65.02 | 151.07 | 0.00 | 0.00 | 0.00 | 216.09 |
| **Automobile Expense** | | | | | | | | | | | | | |
| Mileage Reimbursement | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 66.50 | 166.50 | 233.00 |
| Fuel | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 106.33 | 0.00 | 0.00 | 0.00 | 106.33 |
| **Total Automobile Expense** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 106.33 | 0.00 | 66.50 | 166.50 | 339.33 |
| Bank Service Charges | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 38.00 | 0.00 | 78.00 | 116.00 |
| **Computer and Internet Expenses** | | | | | | | | | | | | | |
| Software | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 53.96 | 0.00 | 0.00 | 53.96 |
| Computer and Internet Expenses - Other | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 202.53 | 202.53 |
| **Total Computer and Internet Expenses** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 53.96 | 0.00 | 202.53 | 256.49 |
| **Consulting Service** | | | | | | | | | | | | | |
| Shanel Mitchell | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,250.00 | 2,500.00 | 2,500.00 | 2,700.00 | 8,950.00 |
| Theodore Segal | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 750.00 | 1,500.00 | 2,250.00 |
| **Total Consulting Service** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,250.00 | 2,500.00 | 3,250.00 | 4,200.00 | 11,200.00 |
| Dues and Subscriptions | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 11.86 | 11.86 | 23.72 |
| **Insurance Expense** | | | | | | | | | | | | | |
| Office General Liability | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 107.00 | 107.00 |
| Studio General Liability | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 86.00 | 64.30 | 71.67 | 71.67 | 293.64 |
| **Total Insurance Expense** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 86.00 | 64.30 | 71.67 | 178.67 | 400.64 |
| Meals and Entertainment | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 64.99 | 58.08 | 103.20 | 205.03 | 431.30 |
| Medical | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 72.05 | 0.00 | 76.01 | 148.06 |
| Office Equipment | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 143.54 | 400.22 | 543.76 |
| Office Supplies | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 314.52 | 0.00 | 277.17 | 104.37 | 696.06 |
| Parking | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25.00 | 0.00 | 0.00 | 10.45 | 35.45 |
| Postage and Delivery | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 88.97 | 13.60 | 102.57 |
| **Rent Expense** | | | | | | | | | | | | | |
| Studio | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,000.00 | 1,500.00 | 921.89 | 0.00 | 5,421.89 |
| Office Rent | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,942.41 | 2,823.66 | 5,766.07 |
| **Total Rent Expense** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,000.00 | 1,500.00 | 3,864.30 | 2,823.66 | 11,187.96 |
| Studio Equipment | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 290.64 | 219.96 | 1,117.65 | 1,549.30 | 3,177.55 |
| Studio Expenses | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 124.91 | 0.00 | 0.00 | 0.00 | 124.91 |
| **Telephone Expense** | | | | | | | | | | | | | |
| Office | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 400.06 | 400.06 |
| Cell Phone | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 16.32 | 186.63 | 149.21 | 352.16 |
| Cell Phone Reimbursement | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 30.00 | 120.00 | 150.00 |
| **Total Telephone Expense** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 16.32 | 216.63 | 669.27 | 902.22 |
| Travel Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 303.96 | 0.00 | 0.00 | 3.00 | 306.96 |
| Utilities | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 180.38 | 180.38 |
| **Total Expenses** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 65.02 | 5,927.78 | 4,453.62 | 9,293.99 | 11,009.40 | 30,749.81 |
| **Net Ordinary Income** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -65.02 | -5,927.78 | -4,453.62 | -9,293.99 | -11,009.40 | -30,749.81 |
| **Net Income** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -65.02 | -5,927.78 | -4,453.62 | -9,293.99 | -11,009.40 | -30,749.81 |

Case 2:18-bk-09406-PS    Doc 99    Filed 11/30/18    Entered 11/30/18 14:03:00    Desc
Main Document    Page 19 of 27

# Beverage Science Laboratories
## Profit & Loss
### January through October 2018

| | Jan 18 | Feb 18 | Mar 18 | Apr 18 | May 18 | Jun 18 | Jul 18 | Aug 18 | Sep 18 | Oct 18 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | | | | | | | | |
| **Income** | | | | | | | | | | | |
| Consulting Income | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5,000.00 | 12,000.00 | 5,000.00 | 0.00 | 1,000.00 | 23,000.00 |
| **Total Income** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5,000.00 | 12,000.00 | 5,000.00 | 0.00 | 1,000.00 | 23,000.00 |
| **Gross Profit** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5,000.00 | 12,000.00 | 5,000.00 | 0.00 | 1,000.00 | 23,000.00 |
| **Expense** | | | | | | | | | | | |
| Ask My Accountant | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 14.95 | 0.00 | 14.95 |
| Bank Service Charges | 94.00 | 18.00 | 18.00 | 18.00 | 18.00 | 18.00 | 3.00 | 18.00 | 18.00 | 18.00 | 241.00 |
| Charitable Contributions | 0.00 | 0.00 | 150.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 150.00 |
| Consulting-Management | 0.00 | 1,000.00 | 600.00 | 0.00 | 0.00 | 2,500.00 | 2,000.00 | 0.00 | 0.00 | 879.15 | 6,979.15 |
| Consulting - Administrative | 0.00 | 200.00 | 300.00 | 150.00 | 0.00 | 0.00 | 700.00 | 0.00 | 200.00 | 0.00 | 1,550.00 |
| Dues and Subscriptions | 160.69 | 160.69 | 75.55 | 132.31 | 95.60 | 90.14 | 85.80 | 85.80 | 85.80 | 85.80 | 1,058.38 |
| **Insurance** | | | | | | | | | | | |
| Health | 1,247.00 | 1,247.00 | 1,247.00 | 1,247.00 | 1,247.00 | 1,247.00 | 1,247.00 | 1,247.00 | 1,247.00 | 1,247.00 | 12,470.00 |
| **Total Insurance** | 1,247.00 | 1,247.00 | 1,247.00 | 1,247.00 | 1,247.00 | 1,247.00 | 1,247.00 | 1,247.00 | 1,247.00 | 1,247.00 | 12,470.00 |
| IT Expenses | 30.34 | 30.34 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15.17 | 75.85 |
| Janitorial | 120.00 | 370.00 | 120.00 | 120.00 | 240.00 | 240.00 | 120.00 | 240.00 | 240.00 | 240.00 | 2,050.00 |
| Medical | 200.00 | 2,005.00 | 1,024.94 | 836.54 | 0.00 | 1,391.39 | 0.00 | 0.00 | 0.00 | 162.71 | 5,620.58 |
| Membership Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 259.00 | 259.00 | 518.00 |
| Office Expense | 43.13 | 45.29 | 44.21 | 43.13 | 43.13 | 43.13 | 4,533.09 | 46.37 | 46.37 | 27.05 | 4,914.90 |
| **Professional Fees** | | | | | | | | | | | |
| Legal Fees | 0.00 | 18.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,194.12 | 0.00 | 0.00 | 2,212.12 |
| **Total Professional Fees** | 0.00 | 18.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,194.12 | 0.00 | 0.00 | 2,212.12 |
| **Promotion** | | | | | | | | | | | |
| Promotion | 759.00 | 4,619.49 | 4,259.00 | 259.00 | 259.00 | 259.00 | 259.00 | 259.00 | 0.00 | 0.00 | 10,932.49 |
| Website | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 473.65 | 0.00 | 473.65 |
| **Total Promotion** | 759.00 | 4,619.49 | 4,259.00 | 259.00 | 259.00 | 259.00 | 259.00 | 259.00 | 473.65 | 0.00 | 11,406.14 |
| Repairs & Maintenance | 100.00 | 0.00 | 0.00 | 1,050.00 | 0.00 | 642.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,792.00 |
| **Telephone** | | | | | | | | | | | |
| Cellular Service | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 148.02 | 0.00 | 0.00 | 0.00 | 0.00 | 148.02 |
| **Total Telephone** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 148.02 | 0.00 | 0.00 | 0.00 | 0.00 | 148.02 |
| Travel & Ent | 0.00 | 1,500.00 | 2,641.60 | 14,707.51 | 0.00 | 0.00 | 2,200.00 | 0.00 | 227.65 | 3,455.99 | 24,732.95 |
| Utilities | 1,213.46 | 972.18 | 867.10 | 671.65 | 877.41 | 1,329.66 | 1,418.40 | 1,658.02 | 1,668.14 | 1,542.48 | 12,218.50 |
| Website development | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 824.20 | 0.00 | 0.00 | 0.00 | 824.20 |
| **Total Expense** | 3,967.62 | 12,185.99 | 11,347.60 | 19,235.14 | 2,780.34 | 7,908.34 | 13,390.49 | 5,748.31 | 4,480.56 | 7,932.35 | 88,976.74 |
| **Net Ordinary Income** | -3,967.62 | -12,185.99 | -11,347.60 | -19,235.14 | -2,780.34 | -2,908.34 | -1,390.49 | -748.31 | -4,480.56 | -6,932.35 | -65,976.74 |
| **Net Income** | -3,967.62 | -12,185.99 | -11,347.60 | -19,235.14 | -2,780.34 | -2,908.34 | -1,390.49 | -748.31 | -4,480.56 | -6,932.35 | -65,976.74 |

Case 2:18-bk-09406-PS    Doc 99    Filed 11/30/18    Entered 11/30/18 14:03:00    Desc
Main Document    Page 20 of 27

# Beverage Science Laboratories
## Profit & Loss
### January through December 2017

| | Jan 17 | Feb 17 | Mar 17 | Apr 17 | May 17 | Jun 17 | Jul 17 | Aug 17 | Sep 17 | Oct 17 | Nov 17 | Dec 17 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | | | | | | | | | | |
| **Income** | | | | | | | | | | | | | |
| Consulting Income | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,500.00 |
| **Total Income** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,500.00 |
| **Gross Profit** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,500.00 |
| **Expense** | | | | | | | | | | | | | |
| **Advertising** | | | | | | | | | | | | | |
| Promotion | 250.00 | 494.09 | 512.20 | 237.89 | 251.00 | 0.00 | 512.00 | 251.00 | 251.00 | 251.00 | 251.00 | 251.00 | 3,512.09 |
| Website | 54.68 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 131.68 | 201.73 |
| **Total Advertising** | 304.68 | 494.09 | 512.20 | 237.89 | 251.00 | 0.00 | 512.00 | 251.00 | 251.00 | 251.00 | 251.00 | 382.68 | 3,713.82 |
| Ask My Accountant | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 45.34 | -6,500.00 | -27,418.44 | 6,500.00 | -20,372.10 |
| **Automobile Expense** | | | | | | | | | | | | | |
| Fuel | 77.50 | 31.03 | 59.03 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 167.56 |
| Mileage Reimbursement | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 29.50 | 0.00 | 0.00 | 0.00 | 29.50 |
| RegSicensing | 124.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 124.00 |
| Automobile Expense - Other | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 610.01 | 0.00 | 0.00 | 610.01 |
| **Total Automobile Expense** | 201.59 | 31.03 | 59.03 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 29.50 | 610.01 | 0.00 | 0.00 | 931.15 |
| Bank Service Charges | 18.00 | 56.00 | 34.00 | 18.00 | 64.00 | 56.00 | 18.00 | 18.00 | 18.00 | 18.00 | 18.00 | 41.00 | 467.00 |
| Charitable Contributions | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25.00 | 50.00 | 0.00 | 75.00 |
| Commission | 2,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,500.00 |
| Consulting - Administrative | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,500.00 | 0.00 | 0.00 | 1,500.00 |
| Dues and Subscriptions | 163.62 | 88.72 | 88.72 | 88.72 | 94.72 | 94.72 | 128.72 | 94.72 | 94.72 | 94.72 | 94.72 | 94.72 | 1,221.54 |
| Home Repairs | 240.00 | 249.00 | 223.03 | 0.00 | 103.03 | 0.00 | 105.09 | 0.00 | 180.09 | 0.00 | 105.09 | 0.00 | 1,201.32 |
| **Insurance** | | | | | | | | | | | | | |
| Liability Insurance | 0.00 | 0.00 | 157.00 | 0.00 | 0.00 | 132.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 289.00 |
| **Total Insurance** | 0.00 | 0.00 | 157.00 | 0.00 | 0.00 | 132.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 289.00 |
| Janitorial | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 423.00 | 0.00 | 8.00 | 0.00 | 508.00 | 120.00 | 1,048.00 |
| Landscaping | 150.00 | 75.00 | 75.00 | 160.00 | 0.00 | 0.00 | 525.00 | 180.00 | 70.00 | 0.00 | 250.00 | 150.00 | 1,660.00 |
| Medical | 31.40 | 346.26 | 500.00 | 50.00 | 0.00 | 0.00 | 121.50 | 74.65 | 116.78 | 1,322.72 | 1,399.89 | 1,622.00 | 6,184.36 |
| Office Expense | 89.53 | 151.14 | 29.31 | 210.39 | 29.31 | 43.13 | 113.63 | 477.20 | 243.90 | 207.82 | 60.68 | 175.13 | 1,879.49 |
| Office Supplies | 0.00 | 61.52 | 0.00 | 0.00 | 0.00 | 0.00 | 58.61 | 26.16 | 26.22 | 47.86 | 0.00 | 0.00 | 316.57 |
| Personal Items | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 88.95 | 88.95 |
| Post Services | 0.00 | 533.00 | 395.00 | 128.00 | 204.00 | 855.00 | 0.00 | 172.00 | 0.00 | 496.00 | 418.00 | 0.00 | 3,242.00 |
| Postage and Delivery | 27.14 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 96.96 | 5.07 | 0.00 | 0.00 | 80.34 | 209.51 |
| **Professional Fees** | | | | | | | | | | | | | |
| Accounting | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 280.00 | 0.00 | 0.00 | 280.00 |
| **Total Professional Fees** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 280.00 | 0.00 | 0.00 | 280.00 |
| Rent | 1,330.93 | 889.67 | 1,248.50 | 659.85 | 902.54 | 724.42 | 2,155.30 | 1,063.90 | 1,865.75 | 1,697.60 | 1,168.41 | 849.39 | 15,174.70 |
| Repairs & Maintenance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 75.00 | 31.00 | 200.00 | 0.00 | 300.17 | 0.00 | 1,532.20 |
| **Telephone** | | | | | | | | | | | | | |
| Cellular Service | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 183.20 | 0.00 | 153.96 | 0.00 | 337.08 |
| Fax | 7.95 | 7.95 | 7.95 | 7.95 | 7.95 | 7.95 | 7.95 | 7.95 | 7.95 | 7.95 | 7.95 | 7.95 | 96.40 |
| **Total Telephone** | 7.95 | 7.95 | 7.95 | 7.95 | 7.95 | 7.95 | 7.95 | 7.95 | 7.95 | 181.81 | 7.95 | 433.46 |
| Transfer | 2,000.00 | 2,500.00 | 0.00 | 0.00 | 2,000.00 | 0.00 | 1,500.00 | 0.00 | 0.00 | 0.00 | 5,383.00 | 0.00 | 14,483.00 |
| **Travel & Ent** | | | | | | | | | | | | | |
| Meals & Entertainment | 704.68 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 26.82 | 0.00 | 0.00 | 0.00 | 311.65 | 0.00 | 1,043.15 |
| **Total Travel & Ent** | 704.68 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 26.82 | 0.00 | 0.00 | 0.00 | 311.65 | 0.00 | 1,043.15 |
| Utilities | 1,126.30 | 889.67 | 1,248.50 | 659.85 | 902.54 | 724.42 | 2,155.30 | 1,063.90 | 1,865.75 | 1,697.60 | 1,168.41 | 849.39 | 15,574.70 |
| **Total Expense** | 9,695.10 | 5,533.38 | 2,980.76 | 1,809.71 | 3,760.55 | 1,953.22 | 6,157.00 | 2,901.94 | 3,382.67 | 2,305.33 | 15,996.65 | 10,857.26 | 28,153.20 |
| **Net Ordinary Income** | -9,695.10 | -5,533.38 | -2,980.76 | -1,809.71 | -3,760.55 | -1,953.22 | -1,657.00 | -2,901.94 | -3,382.67 | 2,305.33 | 15,996.65 | -10,857.26 | 30,653.20 |
| **Net Income** | -9,695.10 | -5,533.38 | -2,980.76 | -1,809.71 | -3,760.55 | -1,953.22 | -1,657.00 | -2,901.94 | -3,382.67 | 2,305.33 | 15,996.65 | -10,857.26 | 30,653.20 |

**Exhibit A-3: Statement of Cash Flows for [Name of Controlled Non-Debtor Entity] for period ending [date]**

[Provide a statement of changes in cash position for the following periods:

(i) For the initial report:
　　a. the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

　　b. the prior fiscal year.

(ii) For subsequent reports, since the closing date of the last report.

Describe the source of this information.]

## Not prepared for any of the entities.

The source of this information is the Debtor.

**Exhibit A-4: Statement of Changes in Shareholders'/Partners' Equity (*Deficit*) for [Name of Controlled Non-Debtor Entity] for period ending [date]**

[Provide a statement of changes in shareholders'/partners equity (deficit) for the following periods:
 (i) For the initial report:
     a. the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

     b. the prior fiscal year.

(ii) For subsequent reports, since the closing date of the last report.

Describe the source of this information.]

Raintree Media Group, Inc.
No change.

Enhanced Beverages, LLC
No change.

Countered Media, Inc. – not operating
N/A

The Healthy Food Project, Inc. – not operating
N/A

Silver Sky Capital, LTD – not operating
N/A

Water Engineering Solutions, LLC – not operating
N/A

Beverage Images, Inc. – not operating
N/A

Holistic Pet Care, LLC – not operating
N/A

Lifewater Industries, LLC – not operating
N/A

Protasia, LLC – not operating
N/A

The Logan Agency, LLC – not operating
N/A

Veio Water, LLC – not operating
N/A

Voda Technologies, Inc. – not operating
N/A

The source of this information is the Debtor.

**Exhibit B: Description of Operations for [Name of Controlled Non-Debtor Entity]**

[Describe the nature and extent of the Debtor's interest in the Controlled Non-Debtor Entity.

Describe the business conducted and intended to be conducted by the Controlled Non-Debtor Entity, focusing on the entity's dominant business segments.

Describe the source of this information.]

Raintree Media Group, Inc. provides media and entertainment services.

Enhanced Beverages, LLC provides beverage science services.

Countered Media, Inc. – not operating

The Healthy Food Project, Inc. – not operating

Silver Sky Capital, LTD – not operating

Water Engineering Solutions, LLC – not operating

Beverage Images, Inc. – not operating

Holistic Pet Care, LLC – not operating

Lifewater Industries, LLC – not operating

Protasia, LLC – not operating

The Logan Agency, LLC – not operating

Veio Water, LLC – not operating

Voda Technologies, Inc. – not operating

The source of this information is the Debtor.

**Exhibit C: Description of Intercompany Claims**

[List and describe the Controlled Non-Debtor Entity's claims against any other Controlled Non-Debtor Entity, together with the basis for such claims and whether each claim is contingent, unliquidated or disputed.

Describe the source of this information.]

## None.

**Exhibit D: Allocation of Tax Liabilities and Assets**

[Describe how income, losses, tax payments, tax refunds, or other tax attributes relating to federal, state, or local taxes have been allocated between or among the Controlled Non-Debtor Entity and one or more other Controlled Non-Debtor Entities.

Include a copy of each tax sharing or tax allocation agreement to which the entity is a party with any other Controlled Non-Debtor Entity.

Describe the source of this information.]

**None.**

 **Exhibit E: Description of Controlled Non-Debtor Entity's payments of Administrative Expenses, or Professional Fees otherwise payable by a Debtor**

[Describe any payment made, or obligations incurred (or claims purchased), by the Controlled Non-Debtor Entity in connection with any claims, administrative expenses, or professional fees that have been or could be asserted against any Debtor.

Describe the source of this information.]

## None.