# Davis Miles
## McGuire Gardner

40 E. Rio Salado Pkwy., Suite 425
Tempe, AZ 85281
Telephone: (480) 733-6800
Fax: (480) 733-3748
efile.dockets@davismiles.com

Pernell W. McGuire – SBN 015909
M. Preston Gardner – SBN 029868
*Attorneys for Debtor*

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| In re: | In Chapter 11 Proceedings |
|---|---|
| STEVEN PAUL NICKOLAS, | Case No.: 2:18-bk-09406-PS |
| Debtor. | **MOTION TO DISMISS CHAPTER 11 CASE** |

Steven P. Nickolas (the "Debtor"), through undersigned counsel, pursuant to 11 U.S.C. § 1112(b), respectfully moves the Court to dismiss this chapter 11 case, and in support hereof represents as follows.

1. The Debtor commenced this case on August 6, 2018.

2. The Debtor filed this case in an effort to protect his home from a pending foreclosure and to resolve certain issues related to whether Bank of New York Mellon, who asserts a first lien position on the Debtor's home, could legally foreclose. A trustee's sale is currently scheduled on the Debtor's home for

1

January 16, 2019. The Debtor does not believe that there is any equity in the home.

3. The estate is solvent inasmuch as the Debtor has more than sufficient liquid assets (nearly $1.9 million) to satisfy the claims of general unsecured creditors (approximately $90,000).

4. At various status hearings the Court expressed concerns about whether the Debtor could obtain confirmation of a chapter 11 plan, among other issues. Specifically, the Court questioned whether an impaired consenting class existed.

5. In reviewing the matter and weighing the costs of pursuing confirmation of a plan, the Debtor has concluded that it is in the best interests of creditors and the estate to dismiss this chapter 11 case.

Wherefore, the Debtor requests that the Court dismiss this chapter 11 proceeding and for such further relief as is just.

RESPECTFULLY SUBMITTED this 11th day of December, 2018.

**DAVIS MILES MCGUIRE GARDNER, PLLC**

*/s/ Pernell W. McGuire*
Pernell W. McGuire
M. Preston Gardner
*Attorney for Debtor*

I certify that on December 11, 2018, I electronically filed the foregoing **MOTION TO DISMISS** with the Clerk of the Court for the United States Bankruptcy Court by using the CM/ECF system.

I further certify that parties of record in this case who either are registered CM/ECF users, or who have registered for electronic notice, or who have consented in writing to electronic service, will be served through the CM/ECF system.

I further certify that some of the parties of record in this case have not consented to electronic service. I have caused a copy of the foregoing document to be placed in the U.S. Mail, First Class, postage-prepaid to:

BMW Financial Services NA, LLC
c/o AIS Portfolio Services, LP
4515 N. Santa Fe Ave., Dept. APS
Oklahoma City, OK 73118

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

The Bank of New York Mellon, as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR8 Mortgage Pass-Through Certificates Series 2006-AR8
RAS Crane, LLC
10700 Abbotts Bridge Road, Suite 170
Duluth, GA 30097

*/s/ Joan Stoner*
Joan Stoner