```
                              United States Bankruptcy Court
                                   District of Arizona
In re:                                                          Case No. 18-09406-PS
STEVEN PAUL NICKOLAS                                            Chapter 11
     Debtor                       CERTIFICATE OF NOTICE

District/off: 0970-2         User: purvisa            Page 1 of 1        Date Rcvd: Jan 11, 2019
                             Form ID: pdf002          Total Noticed: 17


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 13, 2019.
db            +STEVEN PAUL NICKOLAS,     21851 NORTH 79TH PLACE,     SCOTTSDALE, AZ 85255-4889
cr            +The Bank of New York Mellon, as Trustee for Struct,    RAS Crane LLC,
                10700 Abbotts Bridge Road, Suite 170,    Duluth, GA 30097-8461
15191890      +ARIZONA DEPARTMENT OF REVENUE,     ATTENTION BK PAYMENT UNIT,    c/o 2005 N CENTRAL AVE, SUITE 100,
                PHOENIX, AZ 85004-1546
15275810      +Ashley Elizabeth Calhoun,    Akerman, LLP,    1900 16th Street, Suite 1700,
                Denver, CO 80202-5259
15275811      +Crystal R. Davieau,    Green & Hall, LLP,    1851 E. 1st Street, 10th Floor,
                Santa Ana, CA 92705-4054
15167070      +Justin D. Balser,    Akerman LLP,    1900 16th Street, Suite 1700,    Denver CO 80202-5259
15275812      +Justin Donald Balser,    Akerman, LLP,    1900 16th Street, Suite 1700,    Denver, CO 80202-5259
15167072      +Shapiro, Van Ess & Sherman,    3636 North Central Avenue,    Suite 400,    Phoenix AZ 85012-1932
15167073      +Steven P. Nickolas,    21851 North 79th Place,    Scottsdale AZ 85255-4889
15167074      +The Bank of New York Mellon,    c/o Nationstar Mortgage LLC/Mr. Cooper,
                8950 Cypress Waters Blvd.,    Coppell TX 75019-4620

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: bankruptcynotices@azdor.gov Jan 12 2019 01:08:21      AZ DEPARTMENT OF REVENUE,
                BANKRUPTCY & LITIGATION,    1600 W. MONROE, 7TH FL.,    PHOENIX, AZ  85007-2650
cr            +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jan 12 2019 01:10:45
                BMW Financial Services NA, LLC, c/o AIS Portfolio,     4515 N Santa Fe Ave. Dept. APS,
                Oklahoma City, OK 73118-7901
15169679      +E-mail/Text: bankruptcy@cavps.com Jan 12 2019 01:09:43       Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
15167069       E-mail/Text: cio.bncmail@irs.gov Jan 12 2019 01:08:46      Internal Revenue Service,
                P.O. Box 7346,   Philadelphia PA 19101-7346
15232913      +E-mail/Text: bankruptcydpt@mcmcg.com Jan 12 2019 01:09:21
                Midland Credit Management, Inc. as agent for,    Asset Acceptance LLC,    Po Box 2036,
                Warren MI 48090-2036
15167071      +E-mail/Text: ustpregion14.px.ecf@usdoj.gov Jan 12 2019 01:09:09       Office of the US Trustee,
                230 North First Avenue,    Suite 204,    Phoenix AZ 85003-1725
15167894      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 12 2019 01:11:03
                PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 11, 2019 at the address(es) listed below:
              CHRISTOPHER J PATTOCK   on behalf of U.S. Trustee    U.S. TRUSTEE Christopher.J.Pattock@usdoj.gov
              M. PRESTON GARDNER    on behalf of Debtor STEVEN PAUL  NICKOLAS pgardner@davismiles.com,
               pmcguire@davismiles.com,jstoner@davismiles.com,efile.dockets@davismiles.com,
               klienhard@davismiles.com,klucas@davismiles.com,jmarquez@davismiles.com
              PERNELL W. MCGUIRE    on behalf of Debtor STEVEN PAUL  NICKOLAS pmcguire@davismiles.com,
               jstoner@davismiles.com,athomas@davismiles.com,klienhard@davismiles.com,klucas@davismiles.com,
               efile.dockets@davismiles.com,jmarquez@davismiles.com
                                                                                             TOTAL: 3
```

SIGNED.

Dated: January 10, 2019



Paul Sala, Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| In re:<br><br>STEVEN PAUL NICKOLAS,<br><br>Debtor. | In Chapter 11 Proceedings<br><br>Case No.: 2:18-bk-09406-PS<br><br>**ORDER GRANTING MOTION TO DISMISS CHAPTER 11 CASE** |
|---|---|

This matter having come before the Court on Debtor's Motion to Dismiss Chapter 11 Case (the "Motion") filed by Davis Miles McGuire Gardner, PLLC (the "Firm") and the Court having found that proper notice has been served, with no objection having been filed to the Motion, and good cause appearing therefor,

**IT IS HEREBY ORDERED** dismissing this Chapter 11 Case.

DATED AND SIGNED ABOVE.